Rule 402, Pa.R.D.E., pertaining to confidentiality.

■

### In the Matter of Russell F. D'AIELLO, Jr.

**Petition for Reinstatement.**

**No. 587 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Dec. 18, 2003.

*ORDER*

PER CURIAM:

AND NOW, this 18th day of December, 2003, upon consideration of the Report and Recommendations of the Disciplinary Board of the Supreme Court of Pennsylvania dated October 2, 2003, the Petition for Reinstatement is GRANTED.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.

■

### In the Matter of Robert B. HULNICK, Jr.

**Petition for Reinstatement.**

**No. 980 Disciplinary Docket No. 2.**

Supreme Court of Pennsylvania.

Dec. 18, 2003.

*ORDER*

PER CURIAM:

AND NOW, this 18th day of December, 2003, upon consideration of the Report and Recommendations of the Disciplinary Board of the Supreme Court of Pennsylvania dated October 2, 2003, the Petition for Reinstatement is GRANTED.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.

■

### In the Matter of Pamela L. ENCK

**Petition for Reinstatement from Inactive Status.**

**No. 124 DB 2003.**

Supreme Court of Pennsylvania.

Dec. 18, 2003.

ORDER

PER CURIAM:

AND NOW, this 18th day of December, 2003, The Report and Recommendations of